UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE THE MATTER OF

<u>Rowan Morris Dougherty</u>             M9-282
(NAME UNDER WHICH YOU WERE
ADMITTED TO PRACTICE)
------------------------------------------------------------X

JAN 2 9 2020

    Pursuant to the Local Rules of the Southern District of New York, as pertains to attorney admissions; I am requesting that <u>Rowan Elizabeth Morris</u> previously admitted under the name <u>Rowan Morris Dougherty</u> is now admitted to practice on the rolls of attorneys of the Southern District of New York.

Dated: 1/28/20

_____
UNITED STATES DISTRICT JUDGE
PART I